NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOSE TRINIDAD REYNA, JR.,      )
DOC #785052,                   )
                               )
           Appellant,          )
                               )
v.                             )      Case No. 2D18-3059
                               )
STATE OF FLORIDA,              )
                               )
           Appellee.           )
_____)

Opinion filed May 29, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Collier
County; Joseph G. Foster, Judge.

Jose Trinidad Reyna, Jr., pro se.

PER CURIAM.

           Affirmed.

LaROSE, C.J., and MORRIS and SALARIO, JJ., Concur.